# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Yuri Gomez Bentancourt, | No.  CV-26-05096-PHX-AMM |
| Petitioner, |  |
| v. | **ORDER** |
| Eric Rokosky, et al., |  |
| Respondents. |  |

Petitioner Yuri Gomez Bentancourt filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondents state: "Respondents do not oppose the habeas petition nor the requested relief of an individualized bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

Accordingly,

**IT IS ORDERED:**

(1)     Petitioner's Petition for Writ of Habeas Corpus is **GRANTED IN PART** (Doc. 1) as described herein.

(2)     Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3)    Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4)    Any pending motions are denied as moot, and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of July, 2026.

Honorable Angela M. Martinez
United States District Judge